NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
28566
12-SEP-2011
10:54 AM**

NO. 28566

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


JEAN PRANDINI, Plaintiff-Appellant,
v.
AOAO HALEAKALA SHORES, an unincorporated
association of condominium homeowners, and
MANAGEMENT CONSULTANTS OF HAWAII, INC.,
a domestic profit corporation,
Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CV. NO. 06-1-0109(3))


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order, filed on August 12, 2011, is hereby corrected as follows:

1.    On page 3, in the twenty-fifth line, the word "to" should be inserted between "pursuant" and "Hawaii" so that as corrected, the text reads: "attorneys' fees and costs pursuant to Hawaii Revised Statutes . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai‘i, September 12, 2011.


FOR THE COURT:

*Craig W. Nakamura*
Chief Judge

---

[1/] Nakamura, Chief Judge, and Fujise and Ginoza, JJ.